**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

```
_____
                                  )
NATIONAL STABILIZATION            )
AGREEMENT OF THE SHEET METAL      )
INDUSTRY TRUST FUND, et al.,      )
                                  )
          Plaintiffs,             )
                                  )
v.                                )     Civil Action No. 05-0049
                                  )
ALLIED SHEET METAL, LLC,          )
                                  )
          Defendant.              )
_____)
```

**<u>ORDER</u>**

This matter comes before the Court on the Report and
Recommendation of the Magistrate Judge. This matter is decided on
a <u>de</u> <u>novo</u> review of the evidence. This Court adopts the
Magistrate Judge's finding of default judgment for Plaintiffs,
awarding them damages and injunctive relief arising from
Defendant's ERISA violations.

This Court adopts the Magistrate Judge's recommendation that
Plaintiffs be awarded $156,065.93 in delinquent contributions,
accrued interest, liquidated damages, late fees, attorneys' fees,
and costs.  In addition, this Court adopts the Magistrate Judge's
recommendation that injunctive relief be awarded requiring
Defendant to make its financial records available for audit by
Plaintiffs and enjoin Defendant from violating the terms of
Plaintiffs' employee benefit plans. Therefore, it is hereby

ORDERED that judgment is entered in the amount of $156,065.93 in favor of Plaintiffs from Defendant, Allied Sheet Metal, LLC, and Defendant is ORDERED to permit Plaintiffs to audit its relevant business records.

/s/

_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
December 20, 2005